UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>   Robert E Hall, JR.<br><br>   Debtor(s) | Case No. 14 B 09210 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/14/2014.

2) The plan was confirmed on 07/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/28/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was Converted on 11/17/2015.

6) Number of months from filing to last payment: 17.

7) Number of months case was pending: 21.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,723.40 |
| Less amount refunded to debtor | $755.50 |
| **NET RECEIPTS:** | **$7,967.90** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,460.94 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $264.64 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,725.58** |

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Amsher Collection Serv | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Ars Account Resolution | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| Ascent Card Services, LLC | Unsecured | 1,302.94 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | 301.18 | NA | NA | 0.00 | 0.00 |
| Associated Laboratory Physicians | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Att | Unsecured | 1,019.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Secured | 13,357.83 | 13,357.83 | 13,357.83 | 3,563.12 | 679.20 |
| Daniel T Weber MD SC | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | NA | 68,530.32 | 68,530.32 | 0.00 | 0.00 |
| Dt Credit Co | Unsecured | 8,152.00 | 8,394.77 | 8,394.77 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | 56,512.00 | 33,149.02 | 33,149.02 | 0.00 | 0.00 |
| Educational Credit Management Corp | Unsecured | NA | 20,288.12 | 20,288.12 | 0.00 | 0.00 |
| First Premier Bank | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| First South Acceptance Corp | Unsecured | 35,335.71 | NA | NA | 0.00 | 0.00 |
| First South Acceptance Corp | Unsecured | 12,349.53 | NA | NA | 0.00 | 0.00 |
| First South Acceptance Corp | Unsecured | 5,719.14 | NA | NA | 0.00 | 0.00 |
| First South Acceptance Corp | Unsecured | 2,721.96 | NA | NA | 0.00 | 0.00 |
| Franklin Collection | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| Georgia Dept Of Human Service | Priority | 11,334.64 | NA | NA | 0.00 | 0.00 |
| Harvey Office | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| Holloway Credit Soluti | Unsecured | 11.00 | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL Dept Of Healthcare & Family Services | Unsecured | NA | 10,558.04 | 10,558.04 | 0.00 | 0.00 |
| Ingalls Memorial Hospital | Unsecured | 295.00 | 1,431.76 | 1,431.76 | 0.00 | 0.00 |
| John f sullivan | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| Jonesboro Dental Associates | Unsecured | 1,754.70 | NA | NA | 0.00 | 0.00 |
| KHEAA | Unsecured | NA | 8,915.66 | 8,915.66 | 0.00 | 0.00 |
| MB Financial | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Medical Center Enterprise | Unsecured | 1,261.25 | 1,522.34 | 1,522.34 | 0.00 | 0.00 |
| Mrsi | Unsecured | 1,256.00 | NA | NA | 0.00 | 0.00 |
| NCEP LLC | Unsecured | 11,703.00 | 10,825.00 | 10,825.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Nco Fin/09 | Unsecured | 398.00 | NA | NA | 0.00 | 0.00 |
| Neurology Associates | Unsecured | 43.53 | NA | NA | 0.00 | 0.00 |
| Payday Loan Store | Unsecured | 297.99 | 297.99 | 297.99 | 0.00 | 0.00 |
| Performance Foot and Ankle Centers | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| Pioneer Crdt | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Pioneer Credit Company | Unsecured | 1,277.00 | NA | NA | 0.00 | 0.00 |
| Pioneer Credit Company | Unsecured | 1,248.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 666.67 | 666.67 | 0.00 | 0.00 |
| Regional Recovery Serv | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Ridge Orthopedics and Rehab | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| Ronnie Burns | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | NA | 11,171.91 | 11,171.91 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 81,561.00 | NA | NA | 0.00 | 0.00 |
| Social Security Administration | Unsecured | 30,057.00 | 30,057.10 | 30,057.10 | 0.00 | 0.00 |
| South Carolina Electric & Gas | Unsecured | 357.00 | 347.09 | 347.09 | 0.00 | 0.00 |
| southeast alabama gas district | Unsecured | 353.64 | NA | NA | 0.00 | 0.00 |
| Suntrust DDA Recovery Dept | Unsecured | 171.27 | NA | NA | 0.00 | 0.00 |
| Title Lenders dba USA Payday | Unsecured | 1,356.75 | NA | NA | 0.00 | 0.00 |
| Trojan Home Medical | Unsecured | 384.88 | 384.88 | 384.88 | 0.00 | 0.00 |
| UAB Ancillary | Unsecured | 80.83 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| University of AL Healh Service | Unsecured | 454.00 | 31.68 | 31.68 | 0.00 | 0.00 |
| University of AL Healh Service | Unsecured | 615.39 | NA | NA | 0.00 | 0.00 |
| USA Payday Loans | Unsecured | NA | 754.75 | 754.75 | 0.00 | 0.00 |
| Village of Dolton | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Walgreens Sleep | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Unsecured | 555.92 | 555.92 | 555.92 | 0.00 | 0.00 |
| West Asset Managemen | Unsecured | 211.00 | NA | NA | 0.00 | 0.00 |
| WS Badcock, corp | Unsecured | 999.98 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,357.83 | $3,563.12 | $679.20 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,357.83** | **$3,563.12** | **$679.20** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$207,883.02** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,725.58 |
| Disbursements to Creditors | $4,242.32 |
| **TOTAL DISBURSEMENTS** : | **$7,967.90** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/14/2015     By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**